IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HYUN JU PARK, | ) | CIV NO. 17-00142 ACK-KSC |
| Plaintiff, | ) | |
| vs. | ) | |
| CITY AND COUNTY OF HONOLULU; ANSON KIMURA; STERLING NAKI; JOSHUA OMOSO; DOE ASSOCIATIONS 1-5; AND JOHN AND/OR JANE DOES 1-10, | ) | |
| Defendants. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 3, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Plaintiff's Motion For Approval Of Settlement Agreement," ECF NO. 78, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, HI, November 14, 2017



_____
Alan C. Kay
Sr. United States District Judge

Park v. City and County of Honolulu, et al., Civ. No. 17-00142 ACK-KSC, Order Adopting Magistrate Judge's Findings and Recommendations